B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| | FILED 2021 JUN 17 PM 12:42 U.S. BANKRUPTCY COURT RICHMOND DIVISION |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Jason Earl Jensen | Archie Lee Roberts |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Pro Se | Ellen P. Ray |

**PARTY** (Check One Box Only)
- ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
- ☒ Creditor   ☐ Other
- ☐ Trustee

**PARTY** (Check One Box Only)
- ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor   ☐ Other
- ☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO HAVE DEBT EXCEPTED FROM DISCHARGE 11 USC § 523(a)(2)(4)(6)(7)(13)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- 1 ☒ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- 3 ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- 2 ☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- 4 ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- 5 ☒ 65-Dischargeability - other  11 USC 523(7)(13)

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 605,029.35 |

**Other Relief Sought** TO HAVE DEBT (money Judgments) exempt from discharge after notice and hearing under 11 USC 523(a)2 (a)(4)(a)(6)(a)(7)(13) Money awarded due to fraud.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||||
|---|---|---|---|---|
| NAME OF DEBTOR<br>Archie Lee Roberts || BANKRUPTCY CASE NO.<br>21-31661-KLP |||
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Virginia || DIVISION OFFICE<br>Richmond | NAME OF JUDGE<br>Phillips ||
| RELATED ADVERSARY PROCEEDING (IF ANY) |||||
| PLAINTIFF<br>Jason Earl Jensen || DEFENDANT<br>Archie Lee Roberts || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Eastern District of Virginia || DIVISION OFFICE<br>Richmond | NAME OF JUDGE<br>Phillips ||
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Jason E. Jensen* |||||
| DATE<br>6-15-2021 |||  PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Jason Earl Jensen ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITES STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINI

RICHMOND DIVISION

| | | | |
|---|---|---|---|
| IN RE: | | ) | |
| | | ) | |
| ARCHIE LEE ROBERTS. | | ) | BANKRUPTCY CASE NO. |
| | Debtor | ) | 21-31661-KLP |
| | | ) | CHAPTER 7 |
| JASON E. JENSEN. | | ) | |
| | Plaintiff | ) | |
| | | ) | |
| ARCHIE LEE ROBERTS | | ) | |
| | Defendant | ) | |

## COMPLAINT OBJECTING TO DISCHARGE OF DEBT

COMES NOW the plaintiff, Jason E. Jensen, pro se. and for the complaint objecting to the discharge of Archie Lee Roberts.

Defendant. states as follows:

1. This civil proceeding is based on 11 USC 523 and 11 USC 727.

2. The bankruptcy at Edge Realty LLC. Where Sherman Lubman determined that Archie Lee Roberts committed fraud and defrauded Otilia Jensen out of properties and money. Archie Lee Roberts was power of attorney over Otilia Jensen and her affairs including Edge Realty LLC. There was a federal judgement awarded against himself in the Bankruptcy Court Eastern district of Richmond in the amount of

$301,000.60 with interest at 4.93% per year from December of 1999 until paid, based on federal interest rate in 1999. Judge Douglas O. Tice awarded the judgment known as the Roberts money judgement in 2006.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINI

RICHMOND DIVISION

| | | | |
|---|---|---|---|
| IN RE: | | ) | |
| | | ) | |
| ARCHIE LEE ROBERTS. | | ) | BANKRUPTCY CASE NO. |
| | Debtor | ) | 21-31661-KLP |
| | | ) | CHAPTER 7 |
| JASON E. JENSEN. | | ) | |
| | Plaintiff | ) | |
| | | ) | |
| ARCHIE LEE ROBERTS | | ) | |
| | Defendant | ) | |

## **COMPLAINT**

I

Plaintiff. Jason E. Jensen of Caroline County, Virginia is a creditor of the debtor, Archie Lee Roberts and is the holder of a federal judgement awarded against Archie Lee Roberts in the amount of $301,535.60 (incurring at the set amount of the federal interest rate) assigned by Sherman Lubman to Jason E. Jensen by Judge Douglas O. Tice on April 19, 2006.

II

This is a request under 11 USC 523 paragraph (4), (7), (B), and (13) for a determination exempting the plaintiff's federal judgement from discharge. The claims in the Edge Realty LLC bankruptcy were based off the fraud committed by Archie Lee Roberts making the complaint insolvent. Archie Lee Roberts told 88-year-old, Otilia Jensen, Jason E. Jensen's grandmother,

that she owed money to the IRS. Archie Lee Roberts told Otilia Jensen that the property had to be taken out of her name even though she did not owe the IRS money.

### III

As a result of being left insolvent by Archie Lee Roberts, Otilia Jensen was advised and caused to file bankruptcy. The trustee was able to recover under the fraudulent conveyance provision. The cost of this entire proceeding has been paid by the Jensen family and caused by the fraudulent acts of the debtor Archie Lee Roberts.

### IV

The debtor, Archie Lee Roberts, had duty as a fiduciary over Jason E. Jensen's grandmother, Otilia Jensen, affairs. As power of attorney you will not act in your own self-interest or commit fraud.

### V

Section 11 use 727 governs eligibility for all debtors in an overall Chapter 7 discharge. Only the honest debtor is entitled to the extraordinary relief that a bankruptcy discharge provides. Section 11 use 727 forecloses the availability of the Chapter 7 discharge to debtors who engage in fraudulent behavior.

### VI

In that the debtor, Archie Lee Roberts, is trying to discharge his debt, he doesn't mention in this filing that he also uses the identity of Archie Wearing having the same birthdate as Archie Roberts. In 2009 Archie Lee Roberts was titling cars to Archie Wearing that were parked at 6232 Massaponax Church Road confirmed by a private detective, John Lopes of The Agency in

Fredericksburg, Virginia, after running license plate information. Additional information provided by John Lopes indicates that Archie Lee Roberts received tickets in the alias of Archie Wearing in Spotsylvania, Virginia. Reports are attached, bills, and other various documents from Robert Goodall, Esquire for filing against Archie Wearing and Archie Lee Roberts.

## VII

11 USC 541, property of the debtor is defined by legal and equitable interest of debtor including all property, tangible and intangible, owned by the debtor. Archie Lee Roberts also lists a crypto email in a report obtained on Spokeo, an indication that the debtor may own crypto currency.

## VIII

The federal judgement itself outlines and is core to this complaint. When a fiduciary commits fraud you are not entitled to relief under the Chapter 7 Bankruptcy code. Wherefore plaintiff prays that the court determines that the federal judgement debt on which the plaintiff claim is based "for money". Known as the Roberts money judgement awarded against Archie Lee Roberts for fraud. All this based on 11 USC 523, paragraph (4), (7), (B), and (11), to exempt from discharge after notice and hearing under 11 USC 523 C.

Dated:

6/15/2021

JASON E. JENSEN

_____
JASON E. JENSEN, PRO SE

PLAINTIFF

JASON E. JENSEN, PRO SE - PLAINTIFF

15619 COLONIAL ROAD

MILFORD, VA 22514

804-244-0061

804-244-1444